IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| NELSON FORENSICS, LLC and NELSON ARCHITECTURAL ENGINEERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FORENSIX CONSULTING, LLC, KERRY LEE and RYAN D. KALINA, <br><br> Defendants. | CIVIL ACTION NO. 4:21-CV-00235 <br> Judge Mazzant |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

CAME ON TO BE HEARD on the 25th day of July, 2022, Plaintiffs Nelson Forensics, LLC and Nelson Architectural Engineers, Inc. and Defendants Forensix Consulting, LLC, Kerry Lee, and Ryan D. Kalina's Joint Motion to Enter Agreed Order of Dismissal, reciting that all matters had been settled and compromised, and the Court having considered same, finds as follows:

It is hereby ORDERED, ADJUDGED and DECREED that all of Plaintiff Nelson Forensics, LLC and Nelson Architectural Engineers, Inc.'s claims against Defendants Forensix Consulting, LLC, Kerry Lee, and Ryan D. Kalina in the above-entitled and numbered cause be in all things dismissed with prejudice to the refiling of same, and that each party is to bear its own costs.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**
**SIGNED this 25th day of July, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE